DANIEL SIMON, OSB #124544
Senior Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland, Sarah Kerwin, and Jason Hubert*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **LEONID P. KRIVOLENKOV,**<br><br>Plaintiff,<br><br>v.<br><br>**MATT BIGONI, GARRETT GRIMM, SARAH KERWIN, JASON HUBERT, CLACKAMAS COUNTY OREGON,** AND **THE CITY OF PORTLAND OREGON,**<br><br>Defendants**.** | **Case No.: 3:25-cv-01073-JR**<br><br>**DECLARATION OF JASON HUBERT**<br><br>**(In Support of Defendants Sarah Kerwin, Jason Hubert, and City of Portland's Motion for Summary Judgment)** |

I, Jason Hubert, declare as follows:

1. I am employed as a Police Officer with the Portland Police Bureau ("PPB"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On August 20, 2024, I was assigned to assist with a law enforcement operation near the intersection of NE 126th Avenue and NE Halsey Street.

3. During the operation, law enforcement officers had stopped a vehicle and recovered a firearm. One occupant of the vehicle had fled and was still outstanding. While

officers were processing the scene, the firearm remained at the scene pending further investigative steps. Because the scene involved a firearm and an ongoing criminal investigation, it was important to keep members of the public outside the area where officers were actively working. At the time of the incident, officers were processing the firearm. Civilians who are seen in plaintiff's video near police officers were involved with the officers' search of the vehicle and were allowed to be at the scene during that time.

4. At the time of the incident, I was working undercover and dressed in plain clothes. Although I was dressed in plain clothes, I was displaying my police badge on my belt on my hip.

5. At all times during the incident, I was standing next to and leaning against a clearly marked police vehicle with its emergency lights activated while speaking with several uniformed law enforcement officers.

6. As law enforcement officers were actively conducting operations, I observed Plaintiff filming from across the street. Officers acknowledged that plaintiff was filming but no officer made an attempt to stop plaintiff from filming. While plaintiff was filming from across the street, officers did not consider his presence to be interfering with the investigation and the processing of the firearm.

7. Plaintiff then crossed the street and approached the area in between where officers were working.

8. As Plaintiff approached, I told him, "Hey, you've got to stay back there," while motioning with my hand toward the opposite side of the street to direct him to remain outside the active law enforcement area.

9. Plaintiff continued toward the area despite my direction. After other officers also instructed Plaintiff that he needed to move back and advised him that he could be arrested for interfering if he did not comply, I again told Plaintiff, "Please go back over there." As I gave this instruction, I motioned toward the opposite side of the street and then pointed in that direction to



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

indicate where Plaintiff needed to go.

10. At all relevant times, my police badge was displayed on my waist. Plaintiff's own video depicts my badge clearly visible, specifically at timestamp 5:01 - 5:06.

11. No officer attempted to stop Plaintiff from filming. The fact that Plaintiff was filming police officers was not a factor in our interaction with Plaintiff.

12. Other than instructing Plaintiff that he needed to move back and advising him that he could be arrested for interfering if he did not comply, I did not have any interaction with Plaintiff.

13. Based on my observations, there was probable cause to arrest plaintiff for Interfering with a Police Officer, ORS 162.247. Plaintiff entered the area of an active police investigation involving a firearm and plaintiff disregarded officers' orders to move back to the other side of the street. Officers needed to secure the scene for the safety of everyone involved.

14. I make this declaration in support of City Defendants' Motion for Summary Judgment.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 07-28-26

Jason Hubert



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047